# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 13-CV-20552-KING/MCALILEY

Plaintiff:
**CARLOS MILLER**

vs.

Defendant:
**50 STATE SECURITY SERVICE, INC.**

For:
Michael A. Pancier
LAW OFFICES OF MICHAEL A. PANCIER, P.A.
9000 Sheridan Street
Suite 96
Pembroke Pines, FL 33024

Received by OJF SERVICES, INC. on the 14th day of February, 2013 at 3:17 pm to be served on **50 STATE SECURITY SERVICE, INC., 11098 BISCAYNE BLVD., # 205, MIAMI, FL 33138**.

I, HERBERT SCHWARTZ, do hereby affirm that on the **19th day of February, 2013** at **10:54 am**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CHRISTOPHER P. KELLEY** as **Registered Agent** At the address of: **11098 BISCAYNE BLVD., # 205, MIAMI, FL 33138** for **50 STATE SECURITY SERVICE, INC.**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**HERBERT SCHWARTZ**
CPS#738

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2013002479

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4g