132725

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.:  13-CV-20552 KING/MCALILEY

CARLOS MILLER,

   Plaintiff,

v.

50 STATE SECURITY SERVICE,

   Defendant.

_____/

## AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT

COMES NOW, Defendant, 50 State Security Service, who requests an extension of time to file its response to Plaintiff's complaint until March 26, 2013.  Plaintiff has agreed that Defendant may file its response to Plaintiff's complaint by March 26, 2013.

## CERTIFICATE OF GOOD FAITH

Pursuant to Local Rule 7.1(a)(3), counsel for Defendant have conferred with counsel for Plaintiff, and have reached an agreement on the relief sought in this motion.

DATED:  March 21, 2013

Respectfully submitted,

     /s/ Scott J. Edwards
Seth R. Goldberg, Esq.
Florida Bar No.:  032204
E-mail Address:  sgoldberg@conroysimberg.com
Scott J. Edwards
Florida Bar No:  40958
Email Address: sedwards@conroysimberg.com

CASE NO. 13-CV-20552 KING/MCALILEY

Conroy, Simberg, Ganon, Krevans, Abel, Lurvey,
Morrow & Schefer, P.A.
Attorney for 50 State Security
3440 Hollywood Boulevard, Second Floor
Hollywood, FL 33021
Phone:  (954) 961-1400 Broward
Fax:  (954) 967-8577
Attorney for 50 State Security

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on March 21, 2013 on all counsel or parties of record on the Service List below.

      /s/ Scott J. Edwards
Scott J. Edwards, Esq.

## SERVICE LIST

Michael A. Pancier, Esquire

9000 Sheridan Street
Suite 96
Pembroke Pines, FL 33024
Attorney for Carlos Miller

2