132725

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  13-CV-20552 KING/MCALILEY

CARLOS MILLER,

   Plaintiff,

v.

50 STATE SECURITY SERVICE,

   Defendant.

_____/

### ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS CAUSE comes before the Court on Defendant 50 State Security Service's Agreed Motion for Extension of Time to Respond to Plaintiff's Complaint.  The Court has considered the motion, the pertinent portions of the record, and otherwise being fully advised, it is ORDERED AND ADJUGDED as follows:

1. Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED.

2. Defendant shall file its response to Plaintiff's complaint by March 26, 2013.

Dated this ___ day of March, 2013

_____
UNITED STATES DISTRICT JUDGE