132725

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 13-CV-20552 KING/MCALILEY

CARLOS MILLER,

    Plaintiff,

v.

50 STATE SECURITY SERVICE,

    Defendant.

_____/

### DEFENDANT'S RULE 26 DISCLOSURES

COMES NOW, Defendant 50 State Security Service, and files its Rule 26 Initial Disclosures.

    **I.**    **Individuals Likely to Have Discoverable Information**

1. Carlos Miller, c/o Plaintiff's counsel.

2. Adam Miller, 73 Leverette St., Keene, NH 03431

3. Greg Dobbs, HDNet, 8269 East 23rd, Denver, CO 80238. Dobbs is believed to have been present during one or more of the incidents alleged in Plaintiff's complaint.

4. Stretch Ledford, 2518 Pembrook Pt., Champaign, IL 61821. Dobbs is believed to have been present during one or more of the incidents alleged in Plaintiff's complaint.

5. Paul Barcinas, c/o 50 State Security

6. Fred Taylor, c/o 50 State Security

CASE NO. 13-CV-20552 KING/MCALILEY

7. David Velez, c/o 50 State Security

8. Kyana Tillman, c/o 50 State Security

9. Cynthia Hoggins, c/o 50 State Security

10. Courtney Cromer, c/o 50 State Security

11. Tommy Smith, c/o 50 State Security

12. Anaiya Turner, c/o 50 State Security

13. Brenda Cooper, c/o 50 State Security

14. Elliott Gelber, c/o 50 State Security

15. Livian Diaz, 9291 East Bay Harbor Drive, Apt. 4A, Bay Harbor Islands, FL 33154

16. Eddie North-Hager, 4190 Sutro Ave., Los Angeles, CA 90008

17. Detective Juan C Bustamante, Homeland Security, 9300 NW 41st Street, Miami, FL 33178. Det. Bustamante responded to the June 30, 2010 incident identified in the complaint.

18. Elliott Gelber - Miami-Dade Transit.

19. Rachel Luli Mestri, address unknown.

20. All law enforcement officers that responded to the incident on June 30, 2010 that have not been specifically identified above.

21. All law enforcement officers that responded to the incident on July 29, 2010 that have not been specifically identified above.

22. All law enforcement officers that responded to the incident on October -- , 2010 that have not been specifically identified above.

23. All law enforcement officers that responded to the incident on January 20, 2013 that have not been specifically identified above.

24. Any other person present at the incidents indentified in the complaint.

25. Any law enforcement officers who responded to the incidents identified in the complaint.

26. Plaintiff's medical providers.

27. All individuals identified in Plaintiff's initial disclosures and discovery requests.

28. All individuals identified in police reports or incident reports generated from the subject incidents.

## II. Categories of Documents and Tangible Things

1. Deposition transcripts of all witnesses taken in previous state court action.

2. Miami-Dade Police Department and City of Miami Police Department reports and records relating to the subject incident

3. Employee files for Defendant employees identified above.

4. Witness statements, excluding statements protected by attorney-client and work product privileges.

5. Incident reports, excluding reports protected by attorney-client and work product privileges.

6. Policies and procedures for security officers posted at the locations of the subject incident.

7. Videos and other media recorded by Plaintiff during the subject incidents.

8. Discovery responses of all parties served in previous state court action.

9. Plaintiff's medical records.

10. Plaintiff's records detailing expenses relating to this lawsuit.

## III. Computation of Damages

This party does not currently claim any damages in the subject action.

CASE NO. 13-CV-20552 KING/MCALILEY

### IV. Policies of Insurance

1. Gemini Insurance Company, Policy No. LSG000126000 (10/15/10-10/15/11)

2. Gemini Insurance Company, Policy No. LSG000126002 (10/15/12-10/15/13)

DATED: May 2, 2013

                                        Respectfully submitted,

                                        /s/ Scott J. Edwards
                                      Seth R. Goldberg, Esq.
                                      Florida Bar No.: 032204
                                      E-mail Address: sgoldberg@conroysimberg.com
                                      Scott J. Edwards, Esq.
                                      Florida Bar No. 040958
                                      E-mail Address: sedwards@conroysimberg.com
                                      Attorneys for Defendant 50 State Security Service
                                      Conroy, Simberg, Ganon, Krevans, Abel, Lurvey,
                                      Morrow & Schefer, P.A.
                                      Attorney for 50 Satte Security
                                      3440 Hollywood Boulevard, Second Floor
                                      Hollywood, FL 33021
                                      Phone: (954) 961-1400 Broward
                                      Fax: (954) 967-8577

### CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on May 2, 2013 on all counsel or parties of record on the Service List below.

                                        /s/ Scott J. Edwards
                                        Scott J. Edwards

CASE NO. 13-CV-20552 KING/MCALILEY

## SERVICE LIST

Michael A. Pancier, Esquire
mpancier@pancierlaw.com
9000 Sheridan Street
Suite 96
Pembroke Pines, FL 33024
Attorney for Plaintiff, Carlos Miller

Russell M. Pfeifer, Esq.
russell.pfeifer@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
100 Southeast 2nd Street
Suite 3800
Miami, FL 33131
Counsel for Defendant, 50 State Security
Service, Inc.